

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00562-CV

Jesus **DE LOS SANTOS** Jr., Individually and as Representative of the Estate of Jesus Francisco De Los Santos, Deceased, Juan De Los Santos, Individually, and Mark Soliz Jr.,
Appellants

v.

**FORD MOTOR COMPANY**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 11-08-50394-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

It is ordered that appellee Ford Motor Company recover its costs of this appeal from appellants Jesus De Los Santos Jr., Individually and as Representative of the Estate of Jesus Francisco De Los Santos, Deceased, Juan De Los Santos, Individually, and Mark Soliz Jr.

SIGNED June 17, 2015.

Marialyn Barnard